AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| TRI HUYNH <br><br> *Plaintiff(s)* <br> v. <br> WAL-MART STORES, INC., a Delaware Corporation; WAL-MART ASSOCIATES, INC., a Delaware Corporation; WAL-MART.COM, INC., a Delaware Corporation; and DOES 1 through 50, inclusive. <br> *Defendant(s)* | Civil Action No. 3:18-cv-01631 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  WAL-MART STORES, INC., a Delaware Corporation; WAL-MART ASSOCIATES, INC., a Delaware Corporation; WAL-MART.COM, INC., a Delaware Corporation; and DOES 1 through 50, inclusive.

(see attachment)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David M. deRubertis, Esq.
The deRubertis Law Firm, APC
4219 Coldwater Canyon Avenue
Studio City, California

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

## ATTACHMENT TO SUMMONS IN A CIVIL ACTION

*Case Name:*       *Tri Huynh v. Wal-Mart Stores, Inc., et al.*
*Civil Action No.:*   *3:18-cv-01631*

*To: (Defendant's name and address)*

**WAL-MART STORES, INC.**
Vivian Imperial
CT CORPORATION SYSTEM, Los Angeles
818 W Seventh Street, Suite 930
Los Angeles, California 90017

**WAL-MART ASSOCIATES, INC.**
Vivian Imperial
CT CORPORATION SYSTEM, Los Angeles
818 W Seventh Street, Suite 930
Los Angeles, California 90017

**WAL-MART.COM, INC.**
Vivian Imperial
CT CORPORATION SYSTEM, Los Angeles
818 W Seventh Street, Suite 930
Los Angeles, California 90017