1  Tri Huynh
   4015 134th Avenue. S.E.
2  Bellevue, WA 98006
   trimhuynh@outlook.com
3
   Plaintiff, proceeding *pro se*
4
5  Theodore J. Boutrous, Jr., SBN 132099
   Rachel S. Brass, SBN 219301
   **Gibson, Dunn & Crutcher LLP**
6  555 Mission Street, Suite 3000
   San Francisco, CA 94105
7  Telephone:   (415) 393-8200
   Facsimile:   (415) 374-8458
8  Email: tboutrous@gibsondunn.com
   Email: rbrass@gibsondunn.com
9
   Eugene Scalia, SBN 151540
10 Ryan C. Stewart, *(pro hac vice)*
   **Gibson, Dunn & Crutcher LLP**
11 1050 Connecticut Avenue, N.W.
   Washington, DC 20036-5306
12 Telephone:   (202) 955-8500
   Facsimile:   (202) 530-9606
13 Email: escalia@gibsondunn.com
   Email: rstewart@gibsondunn.com
14
   Attorneys for Defendants
15 Walmart, Inc., Wal-Mart Associates, Inc., and Wal-Mart.com USA, LLC

16                      **UNITED STATES DISTRICT COURT**

17                      **NORTHERN DISTRICT OF CALIFORNIA**

18

| | |
|---|---|
| 19  TRI HUYNH, | Case No.: 3:18-cv-01631-VC |
| 20             Plaintiff, | |
| 21       v. | **DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO PERMIT INSURANCE CARRIER TO ATTEND SETTLEMENT CONFERENCE BY TELEPHONE; [PROPOSED] ORDER** |
| 22  WAL-MART STORES, INC., a Delaware Corporation; WAL-MART ASSOCIATES, INC., a Delaware Corporation; WAL-MART.COM, INC., a Delaware Corporation; and DOES 1 through 50, inclusive. | |
| 24             Defendants. | **Hearing:** <br> Date:  June 12, 2019 <br> Time:  11:00 a.m. <br> Place: Courtroom B, 15th Floor <br> Judge: Hon. Laurel Beeler |
| 26 | |
| 27 | Complaint Filed:  March 15, 2018 <br> Trial Date:  February 10, 2020 |
| 28 | |

**TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

Defendants Walmart Inc., Wal-Mart Associates, Inc., Wal-Mart.com USA, LLC ("Defendants" or "Walmart"), through their undersigned counsel of record, hereby respectfully request that representatives from Defendants' insurance carrier Markel Corp. ("Markel"), be permitted to participate in the June 12, 2019 Settlement Conference by phone and, as grounds therefor, states as follows:

1. On December 20, 2018, the instant action was referred to the Honorable Magistrate Judge Laurel Beeler for settlement purposes.

2. The Parties are scheduled to appear before Magistrate Judge Beeler on June 12, 2019 at 11:00 AM in San Francisco, CA.

3. The Notice and Order Regarding Settlement Conference entered by Magistrate Judge Beeler on January 10, 2019 requires that "[a]n insured party must appear with a representative of the carrier with full authority to negotiate up to the limits of coverage." Dkt. 55, at 2:24–25.

4. Walmart is insured for purposes of this matter by Markel, an insurance carrier located in Bermuda. Representatives from Markel are located outside the United States and in-person attendance at the Settlement Conference is accordingly difficult. Jennifer Salyer, an interim claims representative from Markel, is committed to being available by telephone from Bermuda at 441-279-3276 as necessary throughout the duration of the Settlement Conference.

5. Ross Higman, Senior Associate General Counsel for Walmart, will attend the Settlement Conference in person on Walmart's behalf.

6. Defendants notified Plaintiff of their intention to make this request during a meet and confer call on May 22. Plaintiff stated that he has no objection to and does not oppose the requested relief. In addition, before filing this unopposed motion, Defendants shared the motion with Plaintiff, who confirmed he had no objection to the requested relief.

NOW, THEREFORE, Defendants respectfully request relief from the requirement of in-

1

DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO PERMIT INSURANCE CARRIER TO ATTEND SETTLEMENT CONFERENCE BY TELEPHONE
3:18-CV-01631-VC

person attendance by a representative of Walmart's insurance carrier.

DATED: May 30, 2019

**Gibson, Dunn & Crutcher LLP**

By:  /s/ *Rachel S. Brass*
     Rachel S. Brass

Attorneys for Defendants
Walmart, Inc., Wal-Mart Associates, Inc., and Wal-Mart.com USA, LLC

**[PROPOSED] ORDER**

The Court, having considered the Defendants' Unopposed Administrative Motion to Permit Insurance Carrier to Attend Settlement Conference by Telephone, and for good cause appearing thereon, HEREBY ORDERS THAT:

Defendants' motion for relief from the requirement of in-person attendance by a representative of Defendants' insurance carrier is hereby granted. A representative from Defendants' insurance carrier may participate in the June 12, 2019 settlement conference by telephone rather than in person.

IT IS SO ORDERED.

DATED: _____    _____
HON. LAUREL BEELER
MAGISTRATE JUDGE OF THE DISTRICT COURT

3

[PROPOSED] ORDER RE: DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO PERMIT INSURANCE CARRIER TO ATTEND SETTLEMENT CONFERENCE BY TELEPHONE
3:18-CV-01631-VC