Tri Huynh
4015 134th Avenue. S.E.
Bellevue, WA 98006
trimhuynh@outlook.com

Plaintiff, proceeding *pro se*

Theodore J. Boutrous, Jr., SBN 132099
Rachel S. Brass, SBN 219301
**Gibson, Dunn & Crutcher LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:     (415) 393-8200
Facsimile:     (415) 374-8458
Email: tboutrous@gibsondunn.com
Email: rbrass@gibsondunn.com

Eugene Scalia, SBN 151540
Ryan C. Stewart, *(pro hac vice)*
**Gibson, Dunn & Crutcher LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:     (202) 955-8500
Facsimile:     (202) 530-9606
Email: escalia@gibsondunn.com
Email: rstewart@gibsondunn.com

Attorneys for Defendants
Walmart Inc., Wal-Mart Associates, Inc., and Wal-Mart.com USA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI HUYNH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART STORES, INC., a Delaware Corporation; WAL-MART ASSOCIATES, INC., a Delaware Corporation; WAL-MART.COM, INC., a Delaware Corporation; and DOES 1 through 50, inclusive.<br><br>　　　　Defendants. | Case No.: 3:18-cv-01631-VC<br>[Assigned for all purposes to the Hon. Judge Vince Chhabria, Courtroom 04]<br><br>**STIPULATION TO DISMISS PLAINTIFF'S THIRD, FOURTH, FIFTH, SIXTH, AND SEVENTH CLAIMS FOR RELIEF WITH PREJUDICE; [PROPOSED] ORDER**<br><br>Complaint Filed:     March 15, 2018<br>Trial Date:     February 10, 2020 |

**TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Tri Huynh ("Plaintiff") and Defendants Walmart Inc., Wal-Mart Associates, Inc., Wal-Mart.com USA, LLC ("Defendants") (hereinafter collectively "the Parties"), through their respective counsel of record, as follows:

WHEREAS, Plaintiff filed the instant action on March 15, 2018 and filed Plaintiff's First Amended Complaint in this Court on April 2, 2018, listing nine causes of actions, including claims for remedies for Disability Discrimination in Violation of the California Fair Employment and Housing Act (Cal. Gov. Code §12940(a)) Dkt. 18, at ¶¶ 141–151, for Failure to Accommodate in Violation of the California Fair Employment and Housing Act (Cal. Gov. Code §12940(m)) Dkt. 18, at ¶¶ 152–161, for Failure to Engage in a Good Faith Interactive Process in Violation of the California Fair Employment and Housing Act. (Cal. Gov. Code §12940(n)) Dkt. 18, at ¶¶ 162–171, for Retaliation in Violation of the California Fair Employment and Housing Aat (Cal. Gov. Code §12940(h)) Dkt. 18 at 172-181, and for Failure to Prevent Discrimination and Retaliation in Violation of the California Fair Employment and Housing Act (Cal. Gov. Code §12940(k)) Dkt. 18 at 181-188.

WHEREAS, Plaintiff informed Defendants on June 17, 2019, that Plaintiff no longer intends to pursue his: a) Third Claim of Relief under Disability Discrimination in Violation of California Fair Employment and Housing Act (Cal. Gov. Code §12940(a)), b) Fourth Claim of Relief for Failure to Accommodate in Violation of California Fair Employment and Housing Act (Cal. Gov. Code §12940(m)), c) Fifth Claim of Relief for Failure to Engage in a Good Faith Interactive Process in Violation of the California Fair Employment and Housing Act. (Cal. Gov. Code §12940(n)), d) Sixth Claim of Relief for Retaliation in Violation of California Fair Employment and Housing Act (Cal. Gov. Code §12940(h)), and e) Seventh Claim of Relief for Failure to Prevent Discrimination and Retaliation in Violation of California Fair Employment and Housing Act (Cal. Gov. Code §12940(k)).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties to dismiss Plaintiff's Third, Fourth, Fifth, Sixth, and Seventh Causes of Action in the First Amended Complaint with prejudice.

**IT IS SO STIPULATED**, through Counsel of Record.

DATED: June 25, 2019                **Tri Huynh**

By:  /s/ Tri M. Huynh
        Tri Huynh

 Plaintiff, proceeding *pro se*

DATED: June 25, 2019                **Gibson, Dunn & Crutcher LLP**

By:  /s/ Rachel S. Brass
        Rachel S. Brass

Attorneys for Defendants
Walmart Inc., Wal-Mart Associates, Inc., and Wal-Mart.com USA, LLC

## ECF ATTESTATION

I, Tri M. Huynh, am the ECF User whose ID and password are being used to file this **STIPULATION TO DISMISS PLAINTIFF'S THIRD, FOURTH, FIFTH, SIXTH, AND SEVENTH CLAIMS FOR RELIEF**.  In compliance with N.D. Ca. L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of the document has been obtained from the other signatory.

By:   /s/ *Tri M. Huynh*
         Tri M. Huynh

**[PROPOSED] ORDER**

The Court, having considered the Parties' Joint Stipulation to Dismiss Plaintiff's Third, Fourth, Fifth, Sixth, and Seventh Claims for Relief, and for good cause appearing thereon, hereby orders the following:

1. Plaintiff's claim for relief for remedies under Disability Discrimination in Violation of California Fair Employment and Housing Act (Cal. Gov. Code §12940(a)) is hereby dismissed with prejudice.

2. Plaintiff's claim for relief for remedies under Failure to Accommodate in Violation of California Fair Employment and Housing Act (Cal. Gov. Code §12940(m)) is hereby dismissed with prejudice.

3. Plaintiff's claim for relief for remedies under Failure to Engage in a Good Faith Interactive Process in Violation of the California Fair Employment and Housing Act. (Cal. Gov. Code §12940(n)) is hereby dismissed with prejudice.

4. Plaintiff's claim for relief for remedies under Retaliation in Violation of California Fair Employment and Housing Act (Cal. Gov. Code §12940(h)) is hereby dismissed with prejudice.

5. Plaintiff's claim for relief for remedies under Failure to Prevent Discrimination and Retaliation in Violation of California Fair Employment and Housing Act (Cal. Gov. Code §12940(k)) is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____          _____
                                  HON. VINCE CHHABRIA
                                  JUDGE OF THE DISTRICT COURT