UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI MINH HUYNH,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-01631-VC (SK)<br><br>**REPORT AND RECOMMENDATION REGARDING DEFENDANTS' PROPOSED AMENDED BRIEFING SCHEDULE**<br><br>Regarding Docket No. 101 |

On August 12, 2019, Defendants filed a proposed amended briefing schedule for their anticipated motion for summary judgment. The Court RECOMMENDS that the District Court adopt the proposed amended briefing schedule.

Currently, the schedule is as follows:

| | |
|---|---|
| Defendants' Motion and Opening Brief: | August 15, 2019 |
| Plaintiff's Response Brief: | September 5, 2019 |
| Defendants' Reply Brief: | September 16, 2019 |
| Motion Hearing: | October 10, 2019 |

The proposed amended schedule is as follows:

| | |
|---|---|
| Defendants' Motion and Opening Brief: | August 29, 2019 |
| Plaintiff's Response Brief: | September 19, 2019 |
| Defendants' Reply Brief: | October 10, 2019 |
| Motion Hearing: | To Be Decided |

The main reason for this recommendation is that Defendants have not been able to take the deposition of Plaintiff, despite the fact that Defendants issued a notice of deposition for a date

before the discovery deadline and despite Defendants' repeated efforts to meet and confer with Plaintiff about a date for his deposition. The undersigned originally ordered that the deposition take place before August 8, 2019, but Plaintiff claimed that he was unable to attend a deposition either because of illness or the death of a close friend. The undersigned then ordered that Plaintiff appear for a deposition by August 20, 2019. Given these delays, Defendants are at a significant disadvantage in preparing their motion(s) for summary judgment. For this reason, the undersigned RECOMMENDS that the District Court adopt the proposed amended schedule above.

**IT IS SO ORDERED**.

Dated: August 13, 2019



SALLIE KIM
United States Magistrate Judge