# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI MINH HUYNH,<br>　　　　Plaintiff,<br>　v.<br>WAL-MART ASSOCIATES, INC., et al.,<br>　　　　Defendant. | Case No. 18-cv-01631-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 105 |

　　　　The Court has reviewed Judge Sallie Kim's Report and Recommendation Re: Defendant's Proposed Amended Summary Judgment Briefing Schedule. The Court adopts the Report and Recommendation in every respect.

　　　　Accordingly, the Court **SETS** the briefing schedule as follows: Defendant's motion and opening brief is due August 29, 2019; Plaintiff's response brief is due September 19, 2019; Defendant's reply brief is due October 10, 2019; the hearing on the motion is set for November 7, 2019 at 10:00 am in San Francisco, Courtroom 04, 17th Floor before Judge Vince Chhabria.

　　　　**IT IS SO ORDERED.**

Dated: August 14, 2019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge