UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI MINH HUYNH,<br><br>        Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., et al.,<br><br>        Defendant. | 18-cv-01631-VC<br><br>**JUDGMENT** |

Judgment is entered in accordance with the order granting the motion for summary judgment. *See* Dkt. 167. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: January 14, 2020

VINCE CHHABRIA
United States District Judge