GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
    tboutrous@gibsondunn.com
RACHEL S. BRASS, SBN 219301
    rbrass@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendants*,
   WALMART INC.
   WAL-MART ASSOCIATES, INC.
   WAL-MART.COM USA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI HUYNH,<br><br>            Plaintiff,<br><br>      v.<br><br>WAL-MART STORES, INC., a Delaware Corporation; WAL-MART ASSOCIATES, INC., a Delaware Corporation; WAL-MART.COM, INC., a Delaware Corporation; and DOES 1 through 50, inclusive.<br><br>            Defendants. | Case No. 3:18-cv-01631-VC (SK)<br><br>**DEFENDANTS' NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL AND [PROPOSED] ORDER**<br><br>Complaint Filed:   March 15, 2018<br>Trial Date:             none |

Pursuant to Local Civil Rule 11-5, Defendants' Walmart Inc., Wal-Mart Associates, Inc., and Wal-Mart.com USA, LLC notice the withdrawal of Ryan Stewart as counsel from this action as Mr. Stewart is no longer associated with Gibson, Dunn & Crutcher LLP.  Mr. Stewart was granted permission to appear pro hac vice on May 7, 2019.  (ECF No. 22.)

Gibson, Dunn & Crutcher LLP will continue to represent the Defendants in this matter.

Dated:  January 22, 2020				GIBSON, DUNN & CRUTCHER LLP


						By:  _____/s/ Rachel S. Brass_____
						           Rachel S. Brass


						Attorney for Defendants Walmart Inc., Wal-Mart Associates Inc., and Wal-Mart.com USA, LLC.


IT IS SO ORDERED,


Dated:  January 27, 2020			_____
						HON. VINCE CHHABRIA
						JUDGE OF THE DISTRICT COURT

- 1 -
DEFENDANTS' NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL AND [PROPOSED] ORDER
Case No. 3:18-cv-01631-VC (SK)