UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI MINH HUYNH,<br>　　　　　Plaintiff,<br>　　v.<br>WAL-MART ASSOCIATES, INC., et al.,<br>　　　　　Defendants. | Case No. 18-cv-01631-VC<br><br>**ORDER RE NOTICE (DKT. 170)**<br>Re: Dkt. No. 170 |

The Court construes Mr. Huynh's notice, filed at docket 170, as a request to file a motion for reconsideration. The request is denied. The Court will not consider further unsolicited filings on the docket by Mr. Huynh.

**IT IS SO ORDERED.**

Dated: January 28, 2020

VINCE CHHABRIA
United States District Judge